UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTILLO,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | No. 2:20-cv-04257-JAK (JCx)<br><br>**ORDER RE STIPULATION RE: DISMISSAL OF ENTIRE ACTION (DKT. 70)**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Stipulation re: Dismissal of Entire Action (the "Stipulation" (Dkt. 70)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The above-entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 27, 2022

_____
John A. Kronstadt
United States District Judge

1